In the Matter of the Claim of HENRY A. SCHULTZ, Respondent, against E. W. & W. D. ALLANSON, Respondent, and SUN INDEMNITY COMPANY OF NEW YORK, Appellant. STATE INDUSTRIAL BOARD, Respondent.

Argued October 1, 1940; decided October 18, 1940.

612

*John T. Deegan* for appellant.

*Jeremiah F. Connor* and *William R. Beahn* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.